UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY LEE SMITH                                                                    PLAINTIFF

V.                          NO. 4:17-CV-00592-SWW-JTR

BRIAN S. MILLER, United
States District Judge; PATRICIA
HARRIS, United States Magistrate Judge                      DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED, WITH PREJUDICE.

2. Dismissal in this case counts as a "STRIKE," as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the companion judgment would not be taken in good faith.

DATED this 19th day of June, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE