UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY LEE SMITH                                                            PLAINTIFF

V.                  NO. 4:17-CV-00592-SWW-JTR

BRIAN S. MILLER, United
States District Judge; PATRICIA
HARRIS, United States Magistrate Judge            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED THIS 19th DAY OF JUNE, 2018.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE